# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALLEN MAHLE,<br><br>        Petitioner,<br><br>    v.<br><br>P.D. BRAZELTON, Warden,<br><br>        Respondent. | Case No. ED CV 13-1987 JGB (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: October 15, 2015

                                              HON. JESUS G. BERNAL
                                           UNITED STATES DISTRICT JUDGE